# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v.

THOMAS J. DEMILIO, III

**WARRANT FOR ARREST**

CASE NUMBER: ~~~~~~~~

08-cr-117-2

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  THOMAS J. DEMILIO, III

and bring him forthwith to the nearest magistrate judge to answer a

*C Complaint

charging him with (brief description of offense)
(1) unlawfully and knowingly conspired and agreed together and with others to use extortionate means to collect and attempt to collect extensions of credit, knowingly used, and aided and abetted the use of, extortionate means to collect and attempt to collect an extension of credit, (3) willfully advanced money, and aided and abetted the advancement of money, with reasonable grounds to believe that the advanced money was intended to be used directly or indirectly for the purpose of making extortionate extensions of credit, and (4) unlawfully and knowingly conspired and agreed together and with others to make extortionate extensions of credit.

In violation of Title 18 United States Code, Section(s) 892, 893 and 894

1464434

| | |
|---|---|
| Honorable DAVID R. STRAWBRIDGE | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ D. M. Strawbridge | 2-21-08        Philadelphia, PA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                       Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/22/08 | Darin Werkmeister Special Agent, FBI (DFritchey Authorizing) | |